IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| NORMA VIVIANA IBARRA-JARAMILLO, Individually and as Next Friend of J.D.I., A.D., and D.D., Minor Children<br>   Plaintiffs,<br><br>Vs.<br><br>DOUGLAS WILLIAM HUDSON, GAMESA WIND US, LLC; and GAMESA TECHNOLOGY CORPORATION, INC.<br><br>   Defendants. | §§§§§§§§§§§§§§ | CIVIL ACTION NO. 2:15-CV-215-J |

## AGREED ORDER GRANTING MOTION TO REMAND CASE TO STATE DISTRICT COURT

On the 2nd day of September, 2015, came on to be heard the Agreed Motion to Remand Case to State District Court, and the Court is of the opinion that the Motion should be granted.

WHEREFORE, the Court hereby orders that Civil Action No. 2:15-CV-215-J is hereby remanded to the 47th Judicial District Court of Potter County, Texas. It is further ordered that each party shall be responsible for their own attorney's fees and costs.

Signed this the 2nd day of September, 2015

JUDGE PRESIDING

AGREED ORDER GRANTING MOTION TO REMAND
PAGE 1

**AGREED AS TO FORM AND SUBSTANCE:**

Packard, Hood, Johnson & Bradley, LLP
301 S. Polk, Suite 375
Lobby Box 34
Amarillo, Texas 79101
(806) 374-3300
(806) 374-3381 - Fax
mark@packardlawfirm.com


By: __s/ Mark L. Packard_____
   Mark L. Packard
   State Bar No. 15402550

Smith, Wilson Law Firm, P.C.
P.O. Box 212
Canyon, Texas 79015
(806) 372-4120
(806) 372-4501 – Facsimile
mark@smithwilsonlaw.com
State Bar No. 21704450

*Attorneys For Plaintiff*



Peterson, Farris, Byrd & Parker
A Professional Corporation
P.O. Box 9620
Amarillo, Texas 79105-9620
(806) 374-5317
(806) 372-2107
rhubbard@pf-lawfirm.com


By: _s/ Rhett J. Hubbard_____
   Rhett J. Hubbard
   State Bar No. 24032315
   Attorney for Defendants Gamesa Wind US, LLC
   & Gamesa Technology Corporation, Inc.